DANIEL G. BOGDEN
United States Attorney
District of Nevada
BRANDON C. JAROCH
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada  89101
702-388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: 2:15-mj-00742-PAL |
| Plaintiff, | Stipulation to Continue Preliminary Hearing Date (First Request) |
| vs. | |
| **MANUEL ANDRADE-ESQUIVEL, EMILIO BOGARIN, JR., and FRANCISCO JAVIER RIVERA-LOPEZ,** | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel Bodgen, United States Attorney, Brandon C. Jaroch, Assistant United States Attorney, counsel for the United States of America and Brian Pugh, AFPD, counsel for Manuel Andrade-Esquivel, Lance Hendron, Esq., counsel for Emilio Bogarin, Jr., and Osvaldo Fumo, Esq., counsel for Francisco Rivera-Lopez:

THAT THE PRELIMINARY HEARING CURRENTLY SCHEDULED FOR October 7, 2015, at 4:00 p.m. before U.S. Magistrate Peggy Leen be vacated and set to a time convenient for the Court, but no earlier than 30 days from the current setting.

This stipulation is entered into for the following reasons:

1. The government will be providing defense counsel with limited Rule 16 Discovery. Counsel for the defendants requests an opportunity to review the discovery and discuss matters with their clients prior to a preliminary hearing or an indictment.

2. Counsel for the defendants and counsel for the government agree to the continuance.

3. Mr. Andrade-Esquivel is not detained and Mr. Bogarin and Mr. Rivera-Lopez are detained and all agree to the continuance.

4. Denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this Stipulation is excludable in computing the time from the filing of the criminal complaint through which the government must assert an criminal Information or seek an Indictment by the Grand Jury pursuant to the Speedy Trial Act, Title 18, United States Code Section 3161(h)(7)(A), when considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

6. This is the first request for a continuance.

Dated this 30th day of September, 2015.

Respectfully Submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ *Brandon C. Jaroch*　　　　　　　　　　/s/ B*rian Pugh*
BRANDON C. JAROCH, AUSA　　　　　　BRIAN PUGH, AFPD

　　　　　　　　　　　　　　　　　　　　/s/ *Lance Hendron*
　　　　　　　　　　　　　　　　　　　　LANCE HENDRON, Esq.

　　　　　　　　　　　　　　　　　　　　/s/ *Osvaldo Fuma*
　　　　　　　　　　　　　　　　　　　　OSWALDO FUMA, Esq.

DANIEL G. BOGDEN
United States Attorney
District of Nevada
BRANDON C. JAROCH
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada  89101
702-388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: 2:15-mj-00742-PAL |
| Plaintiff, | Stipulation to Continue Preliminary Hearing Date (First Request) |
| vs. | |
| **MANUEL ANDRADE-ESQUIVEL, EMILIO BOGARIN, JR., and FRANCISCO JAVIER RIVERA-LOPEZ,** | |
| Defendant. | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The period within which the government may assert an Information or seek an Indictment through the Grand Jury against the defendant is hereby extended from the date of the filing of the complaint up through and including November ____, 2015.

2. All parties agree to the continuance.

3. Mr. Andrade-Esquivel is not detained and Mr. Bogarin and Mr. Rivera-Lopez are detained and all agree to the continuance.

4.  The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code Section 3161(h)(7)(A), when considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

5.  This is the first request to continue the preliminary hearing.

For all of the above-stated reasons, the end of justice would best be served by a continuance of the preliminary hearing.

## ORDER

IT IS ORDERED that the preliminary hearing currently scheduled for October 7, 2015, at 4:00 p.m. be vacated and continued to  November 9, 2015  , at the hour of _____ 4:00 p.m.

DATED this 1st day of October, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

4