LANCE J. HENDON, ESQ.
Nevada Bar No. 11151
**LANCE J. HENDRON,
ATTORNEY AT LAW, LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 758-5858 ♦ Facsimile: (702) 387-0034
E-mail: lance@ghlawnv.com
Attorney for Defendant, *Emilio Bogarin, Jr.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EMILIO BOGARIN, JR.,<br><br>Defendant. | CASE NO. 2:15-cr-00313-APG-VCF-2 |

## STIPULATION AND ORDER TO CONTINUE SENTENCING

**IT IS HEREBY STIPULATED AND AGREED** by and between Daniel G. Bogden, United States Attorney, Brandon C. Jaroch, Assistant United States Attorney; Lance J. Hendron, Esq., of the law firm GUYMON & HENDRON, PLLC, attorney for Defendant, Emilio Bogarin, Jr., that the sentencing in the above-captioned matter set for be reset for ninety (90) days.

This Stipulation is entered for the following reasons:

1. Additional time is required to be adequately prepared for Mr. Bogarin's sentencing.

2. Mr. Bogarin agrees with this continuance.

3. This is the Second Request by Mr. Bogarin for a Continuance of his Sentencing.

4. A denial of this request for a continuance could result in a miscarriage of justice.

///

///

///

5. Mr. Hendron has spoken to AUSA Emilio Bogarin and he has no objection to this continuance request.

| | |
|---|---|
| Dated this _13th_ day of February, 2017 | Dated this _13th_ day of February, 2017 |
| DANIEL BOGDEN<br>UNITED STATES ATTORNEY | LANCE J. HENDRON,<br>GUYMON & HENDRON PLLC |
| By _/s/ Brandon C. Jaroch_____<br>    BRANDON C. JAROCH<br>    Assistant United States Attorney<br>    Attorneys for Plaintiff,<br>    UNITED STATES OF AMERICA | By: _/s/ Lance J. Hendron_____<br>    LANCE J. HENDRON, ESQ..<br>    Attorney for Defendant, Bogarin |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EMILIO BOGARIN, JR.,<br><br>Defendant. | CASE NO. 2:15-cr-00313-APG-VCF-2 |

**FINDINGS OF FACT, CONCLUSION OF LAW AND ORDER**

Based upon the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

This Stipulation is entered into for the following reasons:

1. Additional time is required to be adequately prepared for Mr. Bogarin's sentencing.

2. Mr. Bogarin agrees with this continuance.

3. This is the Second Request by Mr. Bogarin for a Continuance of his Sentencing

4. A denial of this request for a continuance could result in a miscarriage of justice.

5. Mr. Hendron has spoken to AUSA Brandon C. Jaroch and he has no objection to this continuance request.

**CONCLUSIONS OF LAW**

The granting of said continuance comes with good cause, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, and taking into account the exercise of due diligence.

1
2
3
4
## ORDER

5
   **IT IS HEREBY ORDERED** that the sentencing in this matter scheduled for February 16, 2017, at the hour of 10:00 a.m., is hereby vacated and continued to the <u>18th</u> day of <u>  May  </u>, 2017, at the hour of <u> 10:00 a</u>.m., in Courtroom <u>6C</u>.

   **DATED** this <u>14th</u> day of <u>  February  </u>, 2017.

   _____
   **UNITED STATES DISTRICT COURT JUDGE**